AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WETTRE, LEDA D. | U.S. District Court, New Jersey | 08/13/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full time | ☐ Nomination    Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☐  Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/13/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | W-SYSTEMS CORP (SALARY) |
| 2. 2016 | PROPEL BUSINESS SERVICES, INC (SALARY) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/13/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCOUNTS (CASH) | A | Interest | L | T | | | | | |
| 2. CAPITAL ONE ACCOUNT (CASH) | A | Interest | K | T | | | | | |
| 3. TD BANK ACCOUNT (CASH) | A | Int./Div. | K | T | | | | | |
| 4. JP MORGAN CHASE BANK ACCOUNT (CASH) | A | Int./Div. | M | T | | | | | |
| 5. METLIFE WHOLE LIFE POLICY | | None | | | Closed | 11/10/16 | L | D | |
| 6. W-SYSTEMS CORP. ADP 401K PLAN (cash) | | None | | | Distributed | 09/01/16 | M | | |
| 7. ROBINSON, WETTRE & MILLER LLC PROFIT SHARING PLAN (cash) (Y) | | | | | | | | | |
| 8. 529 #1 (H) | | | | | | | | | |
| 9. CHARLES SCHWAB MODERATELY AGRESSIVE TRACK: MODERATE PORTFOLIO | E | Int./Div. | M | T | | | | | |
| 10. 529 #2 (H) | | | | | | | | | |
| 11. CHARLES SCHWAB MODERATELY AGRESSIVE TRACK: CONSERVATIVE PORTFOLIO | E | Int./Div. | M | T | | | | | |
| 12. IRA #1 (H) | | | | | | | | | |
| 13. AMERICAN FUNDS AMERICAN BALANCED FUND - A | A | Dividend | | | Redeemed | 09/12/16 | K | | |
| 14. AMERICAN FUNDS SMALLCAP WORLD FUND - A | | None | | | Redeemed | 09/12/16 | J | | |
| 15. IRA #2 (H) | | | | | | | | | |
| 16. AMERICAN FUNDS AMERICAN BALANCED FUND - A | A | Dividend | | | Redeemed | 09/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. AMERICAN FUNDS NEW WORLD FUND - A | | None | | | Redeemed | 09/12/16 | J | | |
| 18. IRA #3 (H) | | | | | | | | | |
| 19. CAMBIAR INTL EQUITY INC (CAMIX) | | None | J | T | Buy | 09/27/16 | J | | |
| 20. CAUSEWAY EMERGING MKTS INST (CWMIX) | | None | J | T | Buy | 09/27/16 | J | | |
| 21. DELAWARE VALUE INSTL (DDVIX) | | None | J | T | Buy | 09/27/16 | J | | |
| 22. EDGEWOOD GROWTH INSTL (EGFIX) | | None | J | T | Buy | 09/27/16 | J | | |
| 23. HARDING LOEVNER INTL EQTY INST (HLMIX) | | None | J | T | Buy | 09/27/16 | J | | |
| 24. LAZARD INTL STRAT EQ PTF INST (LISIX) | | None | J | T | Buy | 09/27/16 | J | | |
| 25. LYRICAL US VALUE EQUITY INSTL (LYRIX) | | None | J | T | Buy | 09/27/16 | J | | |
| 26. METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | J | T | Buy | 09/27/16 | J | | |
| 27. RIVERPARK/WEDGEWOOD INST (RWGIX) | | None | J | T | Buy | 09/27/16 | J | | |
| 28. IRA #4 (H) | | | | | | | | | |
| 29. MORGAN STANLEY BANK N.A. (CASH) | A | Interest | N | T | Open | 09/08/16 | O | | |
| 30. ALPS SECTOR DIVIDEND DOGS (SDOG) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 31. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 32. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 33. FIRST TR MLD CP COR ALPHDX ETF (FNX) | A | Dividend | K | T | Buy | 09/14/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 35. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 36. FIRST TR VALU.LN DIV IDX (FVD) | A | Dividend | K | T | Buy | 09/14/16 | J | | |
| 37. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 38. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 39. FIRST TRUST DJ GL SEL DVD (FGD) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 40. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 41. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 42. FIRST TRUST DW FOCUS 5 INTL (IFV) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 43. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 44. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 45. FIRST TRUST FNCL ALPHADEX ETF (FXO) | A | Dividend | K | T | Buy | 09/14/16 | J | | |
| 46. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 47. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 48. FIRST TRUST IPOX 100 INDEX F (FPX) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 49. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 50. | | | | | Buy (add'l) | 09/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. FIRST TRUST LARGE CAP CORE ETF (FEX) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 52. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 53. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 54. FIRST TRUST NORTH AMERICAN E (EMLP) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 55. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 56. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 57. OSHARES FTSE US QUALITY DIV (OUSA) | A | Dividend | K | T | Buy | 09/14/16 | J | | |
| 58. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 59. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 60. AB HIGH INCOME ADV (AGDYX) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 61. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 62. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 63. AMG YACKTMAN SVC (YACKX) | | None | J | T | Buy | 09/14/16 | J | | |
| 64. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 65. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 66. BLACKROCK EQUITY DIVIDEND I (MADVX) | A | Dividend | K | T | Buy | 09/14/16 | J | | |
| 67. | | | | | Buy (add'l) | 09/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 69. CLEARBRIDGE AGGRESSIVE GROWTH I (SAGYX) | | None | K | T | Buy | 09/14/16 | J | | |
| 70. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 71. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 72. FIRST EAGLE GLOBAL I (SGIIX) | | None | J | T | Buy | 09/14/16 | J | | |
| 73. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 74. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 75. JANUS BALANCED I (JBALX) | A | Dividend | K | T | Buy | 09/14/16 | J | | |
| 76. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 77. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 78. JANUS GLOBAL REAL ESTATE I (JERIX) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 79. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 80. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 81. JANUS INTECH GLB INC MGD VLT I (JGDIX) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 82. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 83. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 84. JANUS INTECH US MGD VOL I (JRSIX) | | None | J | T | Buy | 09/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 86. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 87. LAZARD INTL STRAT EQ PTF INST (LISIX) | | None | J | T | Buy | 09/14/16 | J | | |
| 88. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 89. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 90. LORD ABBETT BOND DEB F (LBDFX) | A | Dividend | K | T | Buy | 09/14/16 | J | | |
| 91. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 92. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 93. LORD ABBETT CALIBRTD DIV GW F (LAMFX) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 94. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 95. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 96. LORD ABBETT GROWTH LEADERS F (LGLFX) | | None | J | T | Buy | 09/14/16 | J | | |
| 97. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 98. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 99. LORD ABBETT MULT ASET BAL OP F (BLAFX) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 100. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 101. | | | | | Buy (add'l) | 09/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. LYRICAL US VALUE EQUITY INSTL (LYRIX) | | None | J | T | Buy | 09/14/16 | J | | |
| 103. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 104. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 105. PRINCIPAL PREFERRED SEC INST (PPSIX) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 106. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 107. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 108. PRINCIPAL SM MDCP DIV INC P (PMDPX) | A | Dividend | K | T | Buy | 09/14/16 | J | | |
| 109. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 110. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 111. PRUDENTIAL JENNISON HLTH SCI Z (PHSZX) | | None | J | T | Buy | 09/14/16 | J | | |
| 112. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 113. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 114. WELLS FARGO DISC S CORE INST (EVSIX) | | None | K | T | Buy | 09/14/16 | J | | |
| 115. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 116. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 117. WELLS FARGO SPECIAL MDCP VL I (WFMIX) | | None | K | T | Buy | 09/14/16 | J | | |
| 118. | | | | | Buy (add'l) | 09/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 120. BROKERAGE #1 (H) | | | | | | | | | |
| 121. VANGUARD MID-CAP GR INX ADMIRAL (VMGMX) | A | Dividend | L | T | | | | | |
| 122. VANGUARD SMALL-CAP GR INX ADMIRAL (VSGAX) | A | Dividend | L | T | | | | | |
| 123. BROKERAGE #2 (H) | | | | | | | | | |
| 124. ALPS SECTOR DIVIDEND DOGS (SDOG) | | None | J | T | Buy | 11/09/16 | J | | |
| 125. FIRST TR VALU.LN DIV IDX (FVD) | | None | J | T | Buy | 09/26/16 | J | | |
| 126. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 127. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 128. FIRST TRUST DJ GL SEL DVD (FGD) | | None | J | T | Buy | 09/26/16 | J | | |
| 129. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 130. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 131. FIRST TRUST NORTH AMERICAN E (EMLP) | | None | J | T | Buy | 09/26/16 | J | | |
| 132. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 133. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 134. OSHARES FTSE US QUALITY DIV (OUSA) | A | Dividend | J | T | Buy | 09/26/16 | J | | |
| 135. | | | | | Buy (add'l) | 09/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 137. AMERICAN FUNDS AMCAP FUND - A | A | Dividend | J | T | Sold (part) | 11/09/16 | J | B | |
| 138. AMERICAN FUNDS AMERICAN BALANCED FUND (AMBFX) | A | Dividend | J | T | Sold (part) | 11/09/16 | J | B | |
| 139. AMERICAN FUNDS CAPITAL INCOME BUILDER - A | A | Dividend | | | Sold | 09/26/16 | J | A | |
| 140. AMERICAN FUNDS CAPITAL WORLD GROWTH AND INCOME FUND (WGIFX) | A | Dividend | J | T | Sold (part) | 11/19/16 | J | A | |
| 141. AMERICAN FUNDS EUROPACIFIC GROWTH FUND - A | | None | | | Sold | 09/26/16 | J | A | |
| 142. AMERICAN FUNDS FUNDAMENTAL INVESTORS (FINFX) | A | Dividend | J | T | Sold (part) | 11/09/16 | J | B | |
| 143. AMERICAN FUNDS THE GROWTH FUND OF AMERICA (GFFFX) | | None | J | T | Sold (part) | 11/09/16 | J | B | |
| 144. AMERICAN FUNDS THE INVESTMENT COMPANY OF AMERICA - A | A | Dividend | | | Sold | 09/26/16 | J | A | |
| 145. AMERICAN FUNDS NEW WORLD FUND A | | None | | | Sold | 09/26/16 | J | A | |
| 146. AMERICAN FUNDS SMALLCAP WORLD FUND (SMCFX) | | None | J | T | Sold (part) | 11/09/16 | J | A | |
| 147. AMG YACKTMAN SV (YACKX) | | None | J | T | Buy | 09/26/16 | J | | |
| 148. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 149. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 150. BLACKROCK EQUITY DIVIDEND I (MADVX) | A | Dividend | J | T | Buy | 09/26/16 | J | | |
| 151. | | | | | Buy (add'l) | 09/27/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 153. JANUS BALANCED I (JBALX) | A | Dividend | J | T | Buy | 09/26/16 | J | | |
| 154. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 155. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 156. JANUS INTECH GLB INC MGD VLT I (JGDIX) | A | Dividend | J | T | Buy | 09/26/16 | J | | |
| 157. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 158. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 159. LORD ABBETT BOND DEB F (LBDFX) | A | Dividend | J | T | Buy | 09/26/16 | J | | |
| 160. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 161. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 162. LORD ABBETT SHORT DURATION INC F (LDLFX) | A | Dividend | J | T | Buy | 09/26/16 | J | | |
| 163. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 164. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 165. PRINCIPAL PREFERRED SEC INST (PPSIX) | A | Dividend | J | T | Buy | 09/26/16 | J | | |
| 166. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 167. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 168. PRINCIPAL SM MDCP DIV INC P (PMDPX) | A | Dividend | J | T | Buy | 09/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. | | | | | Buy (add'l) | 09/27/16 | J | | |
| 170. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 171. 401(k) #1 (H) | | | | | | | | | |
| 172. JANUS ENTERPRISE I | None | | L | T | Buy | 08/16/16 | L | | |
| 173. TRP PERSONAL STRATEGY GROWTH | None | | L | T | Buy | 08/16/16 | L | | |
| 174. 401(k) #2 (H) | | | | | | | | | |
| 175. FRANKLIN MUTUAL GLOBAL DISC R | None | | | | Sold | 09/10/16 | K | | |
| 176. COLUMBIA SM/MID CAP VALUE R | None | | | | Sold | 09/10/16 | K | | |
| 177. NUVEEN MID CAP INDEX R3 | None | | | | Sold | 09/10/16 | K | | |
| 178. THE HARTFORD CAP APPRECIATION R4 | None | | | | Sold | 09/10/16 | K | | |
| 179. AMERICAN FUNDS GR FD OF AMERICA R1 | None | | | | Sold | 09/10/16 | L | | |
| 180. EATON VANCE LARGE CAP VALUE R | A | Dividend | | | Sold | 09/10/16 | K | | |
| 181. MM RETIRESMART 2030 R3 | None | | | | Sold | 09/10/16 | N | | |
| 182. MFS TOTAL RETURN R2 | A | Dividend | | | Sold | 09/10/16 | K | | |
| 183. FRANKLIN STRATEGIC INCOME R | A | Dividend | | | Sold | 09/10/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/13/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The 2016 report includes significant restructuring and repositioning of assets. This is not intended to reflect transactions, other than as specifically indicated herein.

Part VII, lines 174-183: Inadvertently omitted from the prior report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LEDA D. WETTRE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544